**United States Bankruptcy Court**
**District of New Jersey**

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Joshua Chanza,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-18075-ABA |
| Chapter: | 7 |
| Hearing Date: | 09/29/2026 |
| Judge: | Altenburg |

**Certification of Debtor's Attorney**

I, Michael I. Assad, hereby certify as follows:

1. I am the attorney for the debtor in this case and make this certification in support of his Motion to Reschedule Section 341(a) Meeting of Creditors.

2. The first meeting of creditors in this case was scheduled for August 10, 2026, but was not held because I did not have access to the system used by the trustee to receive documents.

3. The trustee recently gave me access to the system.

4. At this time, all documents required as a prerequisite to the meeting have been provided to the trustee.

5. I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: August 28, 2026

/s/ Michael I. Assad
Michael I. Assad