| United States Bankruptcy Court<br>District of New Jersey | | |
|---|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.:<br><br>Chapter: | 26-18075-ABA<br><br>7 |
| In re: Joshua Chanza,<br><br>*Debtor*. | Hearing Date:<br><br>Judge: | 09/29/2026<br><br>Altenburg |

**Certification of Service**

1. I, Michael I. Assad, represent Joshua Chanza, the debtor in this matter.
2. On August 28, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   - Debtor's Motion to Reschedule Section 341(a) Meeting of Creditors.
3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 28, 2026

/s/ Michael I. Assad
Michael I. Assad

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Affirm<br>Attn: Bankruptcy<br>650 California St<br>San Francisco, CA 94108-2716 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Arthritis & Rheumatology Assoc.<br>Attn: Bankruptcy<br>2848 S Delsea Dr Ste 2C<br>Vineland, NJ 08360-7042 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Avant LLC<br>Attn: Bankruptcy<br>222 Merchandise Mart Plz Ste 900<br>Chicago, IL 60654-1105 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| BRIDGE IT INC<br>36 W 20TH STREET<br>FLOOR 11<br>NEW YORK NY 10011-4241 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Capital One Financial Corp<br>Attn: Bankruptcy<br>1680 Capital One Dr<br>McLean, VA 22102-3407 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Capital Services Recovery<br>Attn: Bankruptcy<br>20 E Taunton Rd Ste 500<br>Berlin, NJ 08009-2615 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cash App<br>Attn: Bankruptcy<br>1955 Broadway # 600<br>Oakland, CA 94612-2205 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Chex Systems Inc.<br>Attn: Bankruptcy<br>PO Box 58339 Po Box 583399<br>Minneapolis, MN 55458-3399 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Citi<br>Attn: Bankruptcy<br>PO Box 9001037<br>Louisville, KY 40290-1037 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Comenity Capital Bank<br>Attn: Bankruptcy<br>12921 S Vista Station Blvd<br>Draper, UT 84020-2377 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Credit Genie<br>Attn: Bankruptcy<br>625 W Ridge Pike Bldg D<br>Conshohocken, PA 19428-3215 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Credit One Bank<br>Attn: Bankruptcy<br>6801 S Cimarron Rd<br>Las Vegas, NV 89113-2273 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| DE E-Z Pass<br>Attn: Bankruptcy<br>22 W Loockerman St # 24<br>Dover, DE 19904-7324 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| DAVE INC<br>1265 S COCHRAN AVE<br>LOS ANGELES CA 90019-2846 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| FLOATME<br>110 HOUSTON ST<br>7TH FLOOR<br>SAN ANTONIO TX 78205-2991 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Grant Payday Loans<br>Attn: Bankruptcy<br>24B Trolley Sq<br>Wilmington, DE 19806-3351 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Inspira Health<br>Attn: Bankruptcy<br>165 Bridgeton Pike<br>Mullica Hill, NJ 08062-2669 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Internal Revenue Service<br>Attn: Bankruptcy<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jefferson Capital LLC<br>Attn: Bankruptcy<br>200 14th Ave E<br>Sartell, MN 56377-4500 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Klarna Inc.<br>Attn: Bankruptcy<br>800 N High St Ste 400<br>Columbus, OH 43215-1430 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Klover<br>Attn: Bankruptcy<br>57 W Grand Ave<br>Chicago, IL 60654-4857 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| LDV Law<br>Attn: Bankruptcy<br>525 Route 73 N Ste 400<br>Marlton, NJ 08053-3422 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| LVNV Funding LLC<br>Attn: Bankruptcy<br>355 S Main St<br>Greenville, SC 29601-2923 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| LABCORP<br>531 SOUTH SPRING ST<br>BURLINGTON NC 27215-5866 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| MoneyLion<br>Attn: Bankruptcy<br>30 W 21st St Fl New<br>New York, NY 10010-6905 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| NJ EZPASS<br>ATTN ATTN NJ EZPASS/<br>JASMINE JENKINS<br>375 MCCARTER HIGHWAY<br>SUITE 200<br>NEWARK NJ 07114-2562 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Optum Inc.<br>Attn: Bankruptcy<br>1 Optum Cir<br>Eden Prairie, MN 55344-2956 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| PayPal<br>Attn: Bankruptcy<br>2211 N 1st St<br>San Jose, CA 95131-2021 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Relievus Pain Management<br>Attn: Bankruptcy<br>1400 Marlton Pike E<br>Cherry Hill, NJ 08034-2240 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Resurgent Capital Services LLC<br>Attn: Bankruptcy<br>55 Beattie Pl Ste 110<br>Greenville, SC 29601-5115 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Southern Oncology Hematology Assoc.<br>Attn: Bankruptcy<br>1505 W Sherman Ave Ste 101<br>Vineland, NJ 08360-7059 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| State of New Jersey<br>Division of Law<br>Attn: Bankruptcy<br>25 Market Street<br>PO Box 112<br>Trenton, NJ 08625-0112 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>ATTN BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| State of New Jersey<br>Motor Vehicle Commission<br>Attn: Bankruptcy<br>225 East State St<br>PO Box 136<br>Trenton, NJ 08601-0136 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Stefan Browne<br>Court Officer<br>PO Box 56<br>Marmora, NJ 08223-0056 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Synchrony Bank<br>Attn: Bankruptcy<br>777 Long Ridge Rd<br>Stamford, CT 06902-1247 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| The Eye Center Ophthalmic Assoc. P.A.<br>1051 W Sherman Ave Bldg 5 Ste A<br>Vineland, NJ 08360-6931 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Tilt Finance, Inc<br>Attn: Bankruptcy<br>9169 W State St PMB 499<br>Garden City, ID 83714-1733 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Truist<br>Attn: Bankrupcy<br>PO Box 85052<br>Richmond, VA 23285-5052 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| U.S. Attorney's Office (NJ)<br>Attn: Civil Process Clerk<br>970 Broad St Ste 700<br>Newark, NJ 07102-2534 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Department of Justice<br>Attorney General of the United States<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Vineland Municipal Utilities Authority<br>Attn: Bankruptcy<br>640 E Wood St<br>Vineland, NJ 08360-3722 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| WebBank<br>Attn: Bankruptcy<br>PO Box 757<br>Portsmouth, NH 03802-0757 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Zip Co US Inc.<br>Attn: Bankruptcy<br>228 Park Ave S<br>New York, NY 10003-0103 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |