**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Joshua Chanza<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–7363 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 26–18075–ABA | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joshua Chanza

10/16/26

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-18075-ABA
Joshua Chanza Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Oct 30, 2026 Form ID: 318 Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joshua Chanza, 3174 S Main Rd, Vineland, NJ 08360-7133 |
| 521294477 | | Arthritis & Rheumatology Assoc., Attn: Bankruptcy, 2848 S Delsea Dr Ste 2C, Vineland, NJ 08360-7042 |
| 521294481 | | Capital Services Recovery, Attn: Bankruptcy, 20 E Taunton Rd Ste 500, Berlin, NJ 08009-2615 |
| 521294489 | | DE E-Z Pass, Attn: Bankruptcy, 22 W Loockerman St # 24, Dover, DE 19904-7324 |
| 521294491 | | Grant Payday Loans, Attn: Bankruptcy, 24B Trolley Sq, Wilmington, DE 19806-3351 |
| 521294492 | | Inspira Health, Attn: Bankruptcy, 165 Bridgeton Pike, Mullica Hill, NJ 08062-2669 |
| 521294496 | | Klover, Attn: Bankruptcy, 57 W Grand Ave, Chicago, IL 60654-4857 |
| 521294498 | | LDV Law, Attn: Bankruptcy, 525 Route 73 N Ste 400, Marlton, NJ 08053-3422 |
| 521294501 | | MoneyLion, Attn: Bankruptcy, 30 W 21st St Fl New, New York, NY 10010-6905 |
| 521294506 | | Relievus Pain Management, Attn: Bankruptcy, 1400 Marlton Pike E, Cherry Hill, NJ 08034-2240 |
| 521294508 | | Southern Oncology Hematology Assoc., Attn: Bankruptcy, 1505 W Sherman Ave Ste 101, Vineland, NJ 08360-7059 |
| 521294510 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |
| 521294512 | | Stefan Browne, Court Officer, PO Box 56, Marmora, NJ 08223-0056 |
| 521294514 | | The Eye Center Ophthalmic Assoc. P.A., 1051 W Sherman Ave Bldg 5 Ste A, Vineland, NJ 08360-6931 |
| 521294519 | + | Vineland Municipal Utilities Authority, Attn: Bankruptcy, 640 E Wood St, Vineland, NJ 08360-3722 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QBTHOMAS.COM | Oct 30 2026 13:22:00 | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2026 09:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2026 09:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521294476 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 30 2026 09:45:25 | Affirm, Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 521294478 | | Email/Text: bk@avant.com | Oct 30 2026 09:47:00 | Avant LLC, Attn: Bankruptcy, 222 Merchandise Mart Plz Ste 900, Chicago, IL 60654-1105 |
| 521294479 | | Email/Text: bankruptcynotices@hellobrigit.com | Oct 30 2026 09:45:00 | Brigit, Attn: Bankruptcy, 838 Avenue of the Americas Fl 6, New York, NY 10001-4194 |
| 521294480 | | EDI: CAPITALONE.COM | Oct 30 2026 13:22:00 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521294482 | | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Oct 30 2026 09:46:00 | Cash App, Attn: Bankruptcy, 1955 Broadway # 600, Oakland, CA 94612-2205 |
| 521294483 | | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 30 2026 09:47:00 | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339 Po Box 583399, Minneapolis, MN 55458-3399 |
| 521294484 | | EDI: CITICORP | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 30 2026 13:22:00 | Citi, Attn: Bankruptcy, PO Box 9001037, Louisville, KY 40290-1037 |
| 521294485 | + | EDI: WFNNB.COM | Oct 30 2026 13:22:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 521294486 | ^ | MEBN | Oct 30 2026 09:35:52 | Credit Genie, Attn: Bankruptcy, 625 W Ridge Pike Bldg D, Conshohocken, PA 19428-3215 |
| 521294487 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 30 2026 09:45:07 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521294488 | | Email/Text: resolutions@dave.com | Oct 30 2026 09:46:00 | Dave, Attn: Bankruptcy, 1265 S Cochran Ave, Los Angeles, CA 90019-2846 |
| 521294490 | | Email/Text: bankruptcy@floatme.io | Oct 30 2026 09:46:00 | FloatMe Corp., Attn: Bankruptcy, 110 E Houston St, San Antonio, TX 78205-2991 |
| 521294493 | | EDI: IRS.COM | Oct 30 2026 13:22:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521294494 | | EDI: JEFFERSONCAP.COM | Oct 30 2026 13:22:00 | Jefferson Capital LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 521294495 | | Email/Text: bankruptcy.us@klarna.com | Oct 30 2026 09:46:00 | Klarna Inc., Attn: Bankruptcy, 800 N High St Ste 400, Columbus, OH 43215-1430 |
| 521294497 | | Email/Text: eakesc@labcorp.com | Oct 30 2026 09:46:00 | Labcorp, Attn: Bankruptcy, 531 S Spring St, Burlington, NC 27215-5866 |
| 521294499 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 09:55:34 | LVNV Funding LLC, Attn: Bankruptcy, 355 S Main St, Greenville, SC 29601-2923 |
| 521294500 | | Email/Text: ml-ebn@missionlane.com | Oct 30 2026 09:45:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 71084, Charlotte, NC 28272-1084 |
| 521294502 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 30 2026 09:45:00 | NJ E-ZPass, Attn: Bankruptcy, PO Box 4971, Trenton, NJ 08650-4971 |
| 521294503 | | Email/Text: cdm_bankruptcymail@uhc.com | Oct 30 2026 09:46:00 | Optum Inc., Attn: Bankruptcy, 1 Optum Cir, Eden Prairie, MN 55344-2956 |
| 521294505 | | EDI: PRA.COM | Oct 30 2026 13:22:00 | Portfolio Recovery Assoc. LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 521294504 | | Email/Text: recovery@paypal.com | Oct 30 2026 09:45:00 | PayPal, Attn: Bankruptcy, 2211 N 1st St, San Jose, CA 95131-2021 |
| 521294507 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 09:45:25 | Resurgent Capital Services LLC, Attn: Bankruptcy, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 521294509 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 30 2026 09:45:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521294511 | ^ | MEBN | Oct 30 2026 09:35:33 | State of New Jersey, Division of Law, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521294513 | + | EDI: SYNC | Oct 30 2026 13:22:00 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 521294515 | | Email/Text: operations@tilt.com | Oct 30 2026 09:46:00 | Tilt Finance, Inc, Attn: Bankruptcy, 9169 W State St PMB 499, Garden City, ID 83714-1733 |
| 521294516 | | Email/Text: bankruptcy@bbandt.com | Oct 30 2026 09:46:00 | Truist, Attn: Bankrupcy, PO Box 85052, Richmond, VA 23285-5052 |
| 521294517 | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2026 09:46:00 | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 521294518 | ^ | MEBN | Oct 30 2026 09:35:45 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

| | | | |
|---|---|---|---|
| 521294520 | Email/Text: bankruptcy@webbank.com | Oct 30 2026 09:45:00 | WebBank, Attn: Bankruptcy, PO Box 757, Portsmouth, NH 03802-0757 |
| 521294521 | Email/Text: cxbk@zip.co | Oct 30 2026 09:46:00 | Zip Co US Inc., Attn: Bankruptcy, 228 Park Ave S, New York, NY 10003-0103 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Thomas | brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Michael I. Assad | on behalf of Debtor Joshua Chanza mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3